**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7502

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

DYRELL Q. HEWLETT,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.    Robert E. Payne, Senior District Judge.  (3:05-cr-00073-REP-1)

Submitted:  December 20, 2012      Decided:  December 27, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dyrell Q. Hewlett, Appellant Pro Se.  Stephen Wiley Miller, Elizabeth Wu, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dyrell Q. Hewlett appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Hewlett, No. 3:05-cr-00073-REP-1 (E.D. Va. Aug. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED